

# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

### NORTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| WURTH ELECTRONICS MIDCOM, INC., | \* | CIV 10-1002 |
| Plaintiff, | \* | |
| -vs- | \* | ORDER |
| DIGITAL LIGHT, LLC, et al., | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Counsel for Wurth Electronic Midcom, Inc., Digital Light, LLC, Digital Light, LTD., and Steven Nia filed a joint motion for dismissal, Doc. 90, and the Court having reviewed the motion and good cause appearing,

IT IS ORDERED that the joint motion for dismissal, Doc. 90, is granted.

Dated this 2nd day of December, 2011.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY:_____
  DEPUTY
(SEAL)